**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––

**No. 22-6987**

––––––––––––

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DENT HALL TURNER,

Defendant - Appellant.

––––––––––––

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:19-cr-00221-FDW-DCK-1; 3:21-cv-00672-FDW)

––––––––––––

Submitted: December 15, 2022                    Decided: December 20, 2022

––––––––––––

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

––––––––––––

Dismissed by unpublished per curiam opinion.

––––––––––––

Dent Hall Turner, Appellant Pro Se.

––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dent Hall Turner seeks to appeal the district court's order denying relief on his amended 28 U.S.C. § 2255 motion and his proposed second amended § 2255 motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Turner has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*